Brian D. Chase, Esq. (SBN 164109)
bchase@bisnarchase.com
Jerusalem F. Beligan, Esq. (SBN 211258)
jbeligan@bisnarchase.com
Ian M. Silvers, Esq. (SBN 247146)
isilvers@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

(Additional Counsel Listed on Signature Page)

*Attorneys for Plaintiffs and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIGGS; TANNER CRISP; STEPHEN CURRAN; JUSTIN DADA; DAVE DE GUZMAN; GLORIA DELFIN; ROBERT JACOBO; DANIEL KELCHNER; JONATHAN KIRCHNER; WILLIAM KRUEGER; FORREST MACK; ELIJAH MANDELBAUM; KEVIN MARTINO; CHRISTOPHER MCGINLEY; TOURE NELSON; TIFFANY NGUYEN; ALECIA OCCHIPINTI; DUSTIN PESCH; CHRISTOPHER PRICE; KELLY SHAPLEY; SAMUEL SMITH; CHARLES SULLANO; JUSTIN VAN DE VELDE; DANIEL WARREN; and ROBERT WEST, individually; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CYBERCODERS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:18-cv-01023-JVS-JDE<br><br>**<u>CLASS ACTION</u>**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING**<br><br>Judge: Hon. James V. Selna<br>Date: July 8, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10C |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on July 8, 2019 at 1:30 p.m. before this Court, located at 411 West 4th Street, Santa Ana, CA 92701, Courtroom 10C, Plaintiffs Jonathan Biggs, Tanner Crisp, Stephen Curran, Justin Dada, Dave De Guzman, Gloria Delfin, Robert Jacobo, Daniel Kelchner, Jonathan Kirchner, William Krueger, Forrest Mack, Elijah Mandelbaum, Kevin Martino, Christopher McGinley, Toure Nelson, Tiffany Nguyen, Alecia Occhipinti, Dustin Pesch, Christopher Price, Kelly Shapley, Samuel Smith, Charles Sullano, Justin Van De Velde, Daniel Warren, and Robert West ("Plaintiffs"), individually, and on behalf all others similarly situated will, and hereby do, move the Court to enter the proposed Order Granting Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") which has the effect of doing the following:[1]

1) Preliminarily approving the terms of the parties' Settlement Agreement as being fair, reasonable, and adequate to the members of the Settlement Class (defined below) subject to further consideration at the final approval hearing after the distribution of the settlement notice to the members of the Settlement Class;

2) Granting conditional certification of the following Settlement Class for settlement purposes only: "all recruiters, or similarly-named employees performing substantially identical functions and/or duties as recruiters, currently or formerly employed by CyberCoders in California at any time between February 16, 2014 and the date of Preliminary Approval";

3) Appointing as counsel for the Settlement Class Brian D. Chase, Esq., Jerusalem F. Beligan, Esq., and Ian M. Silvers, Esq. of Bisnar | Chase, LLP, and Jacob N. Whitehead, Esq. of Whitehead Employment Law;

---

[1] Unless otherwise noted, all capitalized terms are defined in the Joint Stipulation of Class Action Settlement and Release (the "Settlement Agreement"), which is attached to the Declaration of Jerusalem F. Beligan as Exhibit 1. The proposed Preliminary Approval Order is attached to the Settlement Agreement as Exhibit C.

-1-

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1.  4) Appointing Plaintiffs as representatives of the Settlement Class;

2.  5) Approving the proposed Notice and Election to Opt-Out Form (attached as Exhibits A and B to the Settlement Agreement) which will be sent to Class Members for the purpose of notifying them of the pendency of the Actions and proposed Settlement, their estimated Individual Settlement Member Total Recovery, and the schedule and procedure for requesting exclusion or submitting objections to the proposed Settlement;

3.  6) Authorizing the mailing of the Notice and Election to Opt-Out Form to the Settlement Class by first-class United States mail to their last known addresses within 21 days of the Preliminary Approval Date; and

4.  7) Scheduling a Final Approval Hearing to consider final approval of the proposed Settlement, Class Counsel's Attorney Fees and Costs, Class Representative Enhancement Payments, and Settlement Administration Costs.

The Parties have met and conferred, and Defendant does not oppose this motion.

This motion is based upon this notice, the attached memorandum of points and authorities, the declarations filed herewith, the Settlement Agreement and exhibits thereto, the other records and files in the Actions, and such other matters as may be properly presented at or before the hearing.

Dated: June 7, 2019                 Respectfully submitted,

**BISNAR | CHASE LLP**

By: */s/ Jerusalem F. Beligan*
Brian D. Chase
Jerusalem F. Beligan
Ian M. Silvers

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**WHITEHEAD EMPLOYMENT LAW**

By: */s/ Jacob N. Whitehead*
Jacob N. Whitehead (SBN 266123)
jacob@jnwpc.com
15615 Alton Parkway, Suite 175
Irvine, California 92618
Telephone: (949) 936-4001
Facsimile: (949) 450-1588

*Attorneys for Plaintiffs and Proposed Class*

-3-

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**