1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DADA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CYBERCODERS, INC., *et al.*,<br><br>Defendants. | Case No. 8:18-cv-01023-JVS-JDE<br><br>Honorable James V. Selna<br><br>**ORDER APPROVING AND AUTHORIZING THE SENDING OF CLASS NOTICE TO 49 INDIVIDUALS INADVERTENTLY OMITTED FROM THE INITIAL MAILING OF THE CLASS NOTICE AND CONTINUING THE HEARING ON THE FINAL APPROVAL MOTION AND FEE MOTION**<br><br>Action Filed:   February 16, 2018<br>FAC Filed:       April 23, 2018<br>Action Removed: June 11, 2018<br>SAC Filed:       June 25, 2018 |

The Court, having reviewed the Joint Stipulation of the Parties, hereby ORDERS as follows:

1. The Court authorizes the mailing of the Class Notice and Exclusion Request Form, updated with a new response and final approval hearing date, to the 49 inadvertently omitted Class Members only, by first-class United States mail to their last known addresses, within fourteen (14) calendar days of the entry of this Order;

2. All deadlines under the Settlement Agreement that had not passed as of October 28, 2019, are hereby re-set, and shall be governed by the timing set forth in the Settlement Agreement, except that the date the Settlement Administrator mails the Class Notice and Exclusion Request Form to the 49 inadvertently omitted Class Members shall be deemed the date on which notice is sent to those individuals; provided, however, that the Response Period for all other Class Members (except the 49 omitted Class Members) passed on October 19, 2019 and is not re-opened or continued by this Order;

3. The hearing on the Final Approval Motion and Fee Motion is continued from December 16, 2019 at 1:30 p.m. to March 9, 2020 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 5, 2019

_____
Hon. James V. Selna
UNITED STATES DISTRICT COURT