Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Jerusalem F. Beligan (SBN 211258)
jbeligan@bisnarchase.com
Ian M. Silvers (SBN
isilvers@bisnarchase.com
**BISNAR|CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

Jacob N. Whitehead (SBN 266123)
jacob@jnwpc.com
**WHITEHEAD EMPLOYMENT LAW**
15615 Alton Parkway, Suite 175
Irvine, California 92618
Telephone: (949) 936-4001
Facsimile: (949) 450-1588

*Counsel for Plaintiffs and Settlement Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DADA, *et al*., | Case No. 8:18-cv-01023-JVS-JDE |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| CYBERCODERS, INC., *et al*., | |
| Defendants. | Judge:  Hon. James V. Selna<br>Date:  March 9, 2020<br>Time:  1:30 p.m.<br>Courtroom: 10C |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 9, 2020 at 1:30 p.m., before the Honorable James V. Selna, at 411 West 4th Street, Santa Ana, CA 92701, Plaintiffs Jonathan Biggs, Tanner Crisp, Stephen Curran, Justin Dada, Dave De Guzman, Gloria Delfin, Robert Jacobo, Daniel Kelchner, Jonathan Kirchner, William Krueger, Forrest Mack, Elijah Mandelbaum, Kevin Martino, Christopher McGinley, Toure Nelson, Tiffany Nguyen, Alecia Occhipinti, Dustin Pesch, Christopher Price, Kelly Shapley, Samuel Smith, Charles Sullano, Justin Van De Velde, Daniel Warren, and Robert West ("Plaintiffs") will and hereby do move the Court for an order Granting Final Approval of the Class Action Settlement and Entering Judgment (the "Motion for Final Approval").[1]

The Motion for Final Approval is based on this notice; the accompanying memorandum of points and authorities; the Settlement Agreement (Dkt. 31-2); the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. 36.); the filed motion for fees, costs, services award and administration costs (Dkt. 37); accompanying declarations of Class Counsel and Nathalie Hernandez on behalf of ILYM Group, Inc. (the appointed Settlement Administrator); the [Proposed] Final Judgment; and other records and documents filed in this action, and such other matters as may be properly presented at or before the Final Fairness Hearing.

Dated: February 10, 2020            **BISNAR|CHASE LLP**

                                    By:   */s/ Jerusalem F. Beligan*
                                          BRIAN D. CHASE
                                          JERUSALEM F. BELIGAN
                                          IAN M. SILVERS

                                    *Counsel for Plaintiffs and Settlement Class*

---

[1] It should also be noted that Plaintiffs' motion for attorney's fees, costs, service awards, claims administration costs will be heard during the same hearing. *See* Dkt. 44.

1

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**WHITEHEAD EMPLOYMENT LAW**

By: */s/ Jacob N. Whitehead*
       JACOB N. WHITEHEAD

*Counsel for Plaintiffs and Settlement Class*